**AMERICAN ASSOCIATION, LTD., et al.,**
**Appellants,**

v.

**Iva WHITAKER et al., Appellees,**
**(two cases).**

Court of Appeals of Kentucky.

March 16, 1973.

Glenn W. Denham, Denham, Ralston & Nagle, Middlesboro, Logan E. Patterson, Patterson & Berger, Pineville, for appellants.

Daniel Tribell, John J. Tribell, Middlesboro, for appellees.

Memorandum Opinion of the Court by Commissioner CULLEN, Affirming.*

---

**BIG SANDY READY MIX CONCRETE,**
**INC., and Willie Blanton, Appellants,**

v.

**Billy Gene MEADE, Appellee.**

Court of Appeals of Kentucky.

March 16, 1973.

J. K. Wells, John V. Porter, Wells & Wells, Paintsville, for appellants.

Perry & Greene, Paintsville, for appellee.

Memorandum Opinion of the Court by Commissioner CULLEN, Affirming.*

---

**COMMONWEALTH of Kentucky, DEPART-**
**MENT OF HIGHWAYS, Appellant,**

v.

**Joe CLARK et al., Appellees.**

Court of Appeals of Kentucky.

March 23, 1973.

Carl T. Miller, Jim Robinson, Dept. of Highways, Frankfort, Stephen N. Frazier, Rice & Frazier, Paintsville, for appellant.

Joe Hobson, John Allen, Prestonsburg, for appellees.

Memorandum Opinion PER CURIAM, Affirming.*

---

**Donald Ray (H.) BRANDON**

v.

**COMMONWEALTH of Kentucky.**

Court of Appeals of Kentucky.

March 23, 1973.

Donald W. Jones, Princeton, William R. Young, Eddyville, for appellant.

Ed W. Hancock, Atty. Gen., Jackson D. Guerrant, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice REED, Affirming.*

---

\* Opinion ordered not to be published.